IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00901-CNS-MDB

TONY WALKER, individually and on behalf of all similarly situated persons,

    Plaintiffs,

v.

AAS SERVICES, LLC,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Notice of Acceptance of Revised Offer of Judgment filed on June 25, 2025 (ECF No. 37), it is

ORDERED that judgment is entered in favor of the Plaintiffs, Tony Walker, individually and on behalf of all similarly situated persons, and against Defendant, AAS Services, LLC, in the total amount of $20,000.00 allocated as $10,000 to Plaintiff Tony Walker and $10,000 to purported opt-in Julissa Douglas. It is

FURTHER ORDERED that the judgment for attorney fees in the amount of $25,000.00. It is

FURTHER ORDERED that post-judgment interest shall accrue on the total amount of $45,000.00 at the legal rate of 4.08% from the date of entry of judgment.

DATED at Denver, Colorado this 21st day of July, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
　　　Robert R. Keech,
　　　Deputy Clerk